# Court of Appeals
# of the State of Georgia

ATLANTA,___August 08, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A2240.  MARION MORGAN v. THE STATE.**

A jury found Marion Morgan guilty of two counts of armed robbery and one count of possessing a firearm during the commission of a crime, and his convictions were affirmed on appeal.  See *Morgan v. State*, 287 Ga. App. 569 (651 SE2d 833) (2007).  Morgan subsequently filed an extraordinary motion for new trial, which the trial court denied.  Morgan seeks to appeal this ruling.

Orders denying extraordinary motions for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  We have no jurisdiction to consider a direct appeal on this matter, and Morgan's appeal is thus DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/08/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*